85 A.3d 964

IN THE MATTER OF EDWARD G. WERNER, AN ATTORNEY AT LAW (ATTORNEY NO. 035191989).

March 12, 2014.

## ORDER

This matter having been duly presented to the Court on the motion of the Office of Attorney Ethics to compel **EDWARD G. WERNER,** formerly of **MOORESTOWN,** who was admitted to the bar of this State in 1989, to comply with the Order of the Court filed April 26, 2013, and good cause appearing;

128

It is ORDERED that the motion is granted, and respondent is temporarily suspended from the practice of law, effective immediately, pending his compliance with the Order of the Court filed April 26, 2013, requiring him to refund the sum of $4,000.00 to his client, and until further Order of the Court; and it is further

ORDERED that **EDWARD G. WERNER** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **EDWARD G. WERNER** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.